

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:  In re 2016 Baytown Rd LLC, d/b/a Watermark at Baytown
Apartments, et al.

Appellate case number:  01-21-00250-CV

Trial court case number:  1156293

Trial court:  County Civil Court at Law No. 1 of Harris County

Real party in interest, The Cweren Law Firm, PLLC, has filed an Unopposed Motion to Extend Time to File its Response to relators' petition for writ of mandamus. The motion is **granted.** Real party in interest's response is due July 6, 2021.

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
Acting individually

Date: June 3, 2021